ACCEPTED
03-14-00810-CV
6325891
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/3/2015 11:16:56 AM
JEFFREY D. KYLE
CLERK

No.  03-14-00810-CV

In the Third Court of Appeals
For the State of Texas
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

8/3/2015 11:16:56 AM

JEFFREY D. KYLE
Clerk

STEPHEN D. FOX,
AS NEXT FRIEND OF
C.F. and M.F.
Appellant

V.

MIRNA AZUCENA ALBERTO PEREZ
Appellee

Appeal from the 207th  Judicial District Court of Comal County, Texas
Cause No.  C2014-1631B
Honorable Dip Waldrip, Presiding

APPELLANTS'
THIRD MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

Respectfully submitted,

/s/ Stephen D. Fox

_____

STEPHEN D. FOX
TBN 07337250
P.O.  Box  312104
New Braunfels, Texas 78131
(832) 245-2665
E Mail – Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellants, STEPHEN D. FOX, as Next Friend of C.F. and M.F., and move the Court to grant a Third Motion for Extension of Time to File Appellants' Brief herein, and in support thereof would show the Court the following:

1.  Attorney, STEPHEN D. FOX, had been working diligently on researching the law and writing a Petition for a Writ of Certiorari to the Louisiana Supreme Court as well as a Petition for Discretionary Review to the Texas Supreme Court, both of which documents have been filed with the respective courts. Also, STEPHEN D. FOX, has been suffering from a debilitating illness that has kept him from working on Appellants' Brief herein..

2.  Good cause exists for the granting of an Extension of Time to File Appellants' Brief herein.  Appellants' Attorney of Record, STEPHEN D. FOX, has been very ill during June and July, 2015, that has prevented him from researching the law and drafting Appellant's Brief herein, as well as the work that STEPHEN D. FOX has been required to do in researching the law and writing a Petition for a Writ of Certiorari to the Louisiana Supreme Court as well as a Petition for Discretionary Review to the Texas Supreme Court..

3.  This Motion of not brought for purposes of delay, but that justice might be done.

4.  For the good cause as shown above, Attorney, STEPHEN D. FOX, requires at least an additional two (2) weeks in which to file Appellants' Brief.

WHEREFORE, PREMISES CONSIDERED, Appellants pray that the Court grant Appellants' Motion for Extension of Time to File Appellants' Brief herein, and for such other and further relief, both general and special, legal and equitable, to which Attorney, STEPHEN D. FOX, may show himself to be justly entitled.

Respectfully submitted,

/s/ Stephen D. Fox

_____

STEPHEN D. FOX
TBN 07337250
P.O. Box 312104
New Braunfels, Texas 78131
(832) 245-2665
E Mail – Fox.Stephen2011@gmail.com

ATTORNEY FOR APPELLANTS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all parties entitled to notice per the Texas Rules of Civil Procedure on this the 3rd day of August, 2015.        /s/ Stephen D. Fox

_____

STEPHEN D. FOX

CERTIFICATE OF CONFERENCE

I do hereby certify that a reasonable effort has been made to resolve the dispute without the necessity of intervention and that effort has failed.

/s/ Stephen D. Fox

_____

STEPHEN D. FOX

AFFIDAVIT

STATE OF TEXAS §

§

COUNTY OF BEXAR §

BEFORE ME, the undersigned authority, on this day personally appeared

STEPHEN D. FOX, who, being by me duly sworn upon his oath did depose and say:

"My name is STEPHEN D. FOX, I am over the age of eighteen (18) years, competent to testify, I have personal knowledge of the facts stated herein, and all facts stated herein are true and correct.

I have drafted and read the foregoing Motion for Extension of Time to File Appellants' Brief and all facts stated therein are true and correct. This Motion is not brought for purposes of delay, but that justice might be done."

Further Affiant Sayeth Naught:

/s/ Stephen D. Fox

_____
STEPHEN D. FOX

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority, on

this the 3rd day of August, 2015.

_____
Notary Public/State of Texas

My Commission Expires: